In the Matter of LEROY WILLIAMS, Appellant, v GLENN S. GOORD, as Commissioner of Social Services, et al., Respondents.

Submitted April 23, 2007; decided June 12, 2007

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.